Drew Lewis, Esq. (SBN 309288)
drew@drelewis.law
**DREW LEWIS, PC**
3010 Lava Ridge Ct. Ste. 120
Roseville, CA 95661
Tel: (833) 600-7400

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA CASAULONG, an individual,<br><br>Plaintiff(s),<br>v.<br><br>PARADISE RECREATION & PARK DISTRICT,<br><br>Defendant(s). | Case No.:  2:24-cv-02786-CSK<br><br>[PROPOSED] MODIFIED ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT |

Pending before the Court is Plaintiff Theresa Casaulong's corrected motion to amend the complaint. (ECF No. 17.) Defendant Paradise Recreation & Park District did not file an opposition or statement of non-opposition to the motion. *See* Docket; *see also* ECF No. 19. Pursuant to Local Rule 230(g), the Court submitted the motion upon the record and briefs on file and vacated the September 16, 2025 hearing. (ECF No. 20.) The Court having reviewed the pleadings GRANTS Plaintiff's Motion (ECF No.17) and orders:

///

///

Plaintiff's First Amended Complaint shall be filed within seven days of the date of this Order or September 2, 2025.

**IT IS SO ORDERED.**

DATED: August 25, 2025

**THE HONORABLE CHI SOO KIM**
**UNITED STATES MAGISTRATE JUDGE**

4, casa2786.24