Drew Lewis Esq. (SBN 309288)
drew@drewlewis.law
Spencer Turpen, Esq. (SBN 296483)
sturpen@drewlewis.law
**DREW LEWIS, PC**
3010 Lava Ridge Ct. Ste. 120
Roseville, CA 95661
Tel: (833) 600-7400

Attorneys for Plaintiff

SAMUEL L. EMERSON, Bar No. 222783
semerson@colehuber.com
DAVID G. RITCHIE, Bar No. 283303
dritchie@colehuber.com
TYLER J. SHERMAN, Bar No. 343567
tsherman@colehuber.com
**COLE HUBER LLP**
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone: (916) 780-9009
Facsimile: (916) 780-9050

Attorneys for Defendant PARADISE RECREATION & PARK DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA CASAULONG, an individual, | Case No.: 2:24-cv-02786-CSK |
| Plaintiff(s), | **JOINT STIPULATION TO MODIFY CASE DEADLINES; AND** ~~PROPOSED~~ **ORDER** |
| v. | |
| PARADISE RECREATION & PARK DISTRICT, | Complaint Filed:  October 9, 2024 |
| | Trial Date:  November 2, 2026 |
| Defendant(s). | |

Plaintiff THERESA CASAULONG and Defendant PARADISE RECREATION & PARK DISTRICT (collectively "the Parties") by and through their counsel of record submit the following joint stipulation:

1

1. WHEREAS, on April 30, 2025, the Court issued its Pretrial Scheduling Order (ECF No. 15) setting certain case-related dates including deadlines for discovery and motion filings;

2. WHEREAS, since August 25, 2025 when Plaintiff filed her First Amended Complaint (ECF No. 23) identifying a basis for federal jurisdiction of this matter and alleging substantial additional facts in support of her claims in this action, the Parties have worked diligently to complete discovery based on Plaintiff's operative pleading;

3. WHEREAS, counsel for the Parties have met and conferred to discuss the status of discovery completion and have additionally agreed to mediate this matter with Art Eidelhoch, Esq. on or about March 3, 2026 (the first mutually available date for the Parties and Mr. Eidelhoch);

4. WHEREAS, despite the Parties' diligent efforts to complete discovery and multiple meet-and-confer communications between counsel, a substantial amount of necessary discovery remains to be completed, including a large volume of ESI to be reviewed by Defendant (including approximately 116,000 emails) which has taken longer than originally anticipated, in large part due to Defendant being a public entity with limited staffing resources to conduct the necessary document review;

5. WHEREAS, since August 2025 Defendant's lead counsel Samuel Emerson and associate counsel Tyler Sherman have been engaged in trial in several other matters which have limited Defendant's ability to address outstanding discovery issues in this action, including reviewing the several thousand emails. Additionally, following the appointment of one of Cole Huber LLP's partners as a United States Magistrate Judge for the Central District of California, counsel had to assume and prepare for case then scheduled for trial in November 26, 2025 in the Superior Court of Los Angeles, *Alejandria Garcia, et al. v. City of Los Angeles, et al.*, Case No. 21STCV07940.

//

///

6.  WHEREAS, both Parties agree the substantial completion of written discovery including document production is necessary for the Parties to conduct effective witness depositions and participate productively in mediation;

7.  WHEREAS, in light of the Parties' ongoing efforts to complete discovery and their agreement to mediate this matter, the Parties agree good cause exists to modify the case deadlines previously set by the Court in its Pretrial Scheduling Order, in accordance with Rule 16(b)(4) of the Federal Rules of Civil Procedure and section IX of the Court's Pretrial Scheduling Order;

8.  WHEREAS, the Parties have not previously requested a modification of the dates set in the Court's Pretrial Scheduling Order;

**THE PARTIES HEREBY STIPULATE TO THE FOLLOWING**:

1.  The Parties request that the case deadlines provided in the Court's April 30, 2025 Scheduling Order be modified as follows:

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Non-Expert Discovery Completion | **January 16, 2026** | **April 30, 2026** |
| Expert Disclosures Due By | **January 30, 2026** | **May 15, 2026** |
| Rebuttal Expert Disclosures Due By | **February 13, 2026** | **May 29, 2026** |
| Expert Discovery Completion | **March 20, 2026** | **June 12, 2026** |
| If cross-motions for summary judgment,[1] Plaintiff's Summary Judgment Motion Filed By | **April 28, 2026** | **No Change** |
| If no cross-motions for summary judgment, Dispositive Motion and *Daubert* Motions Filed By | **May 19, 2026** | **No Change** |

---

[1] If both Plaintiff and Defendant intend to file motions for summary judgment, the parties must follow the schedule set out in Judge Kim's Civil Standing Orders for cross-motions for summary judgment.

| Event | Existing Deadline | Proposed New Deadline |
|---|---|---|
| Dispositive Motions and *Daubert* Motions Heard By | **June 23, 2026** | **No Change** |
| Joint Pretrial Statement Filed By | 21 days before the FPTC | **No Change** |
| Motions In Limine & Other Pretrial Documents Filed By | 14 days before the FPTC | **No Change** |
| Final Pretrial Conference ("FPTC") and Motions In Limine Hearing | **September 21, 2026** | **No Change** |
| Jury Trial (3-5 days) | **November 2, 2026** | **No Change** |

Dated: December 17, 2025                              **DREW LEWIS, PC**


By:_/s/__Drew Lewis_____
Drew Lewis
Attorney for Plaintiff(s)


Dated: December 17, 2025                              **COLE HUBER LLP**


By:_/s/__ Samuel Emerson_____
Samuel L. Emerson
Attorney for Plaintiff(s)

## **ORDER**

Pursuant to Stipulation, and good cause existing therefor, IT IS SO ORDERED.

DATED:  December 17, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, casa2786.24

JOINT STIPULATION TO MODIFY CASE DEADLINES; AND ~~PROPOSED~~ ORDER

Case No.: 2:24-cv-02786-CSK